DAVID B. BARLOW, United States Attorney (#13117)
SCOTT B. ROMNEY, Assistant United States Attorney (#10270)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682



FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAR 26 2014
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | C O M P L A I N T |
|---|---|
| Plaintiff, | - 49 U.S.C. §46506 – Crimes in Special Aircraft Jurisdiction; |
| vs. | |
| HANS LOUDERMILK, | - 18 U.S.C. § 2244(a)(3)- Sexual Abuse (Count 1); |
| Defendant. | - 18 U.S.C. § 2244(a)(2)- Sexual Abuse (Count 2). |

2:14 mj 74 PMW

### COUNT 1
### 49 U.S.C. § 46506
### 18 U.S.C. § 2244(a)(3)
### Sexual Abuse of a Minor on Aircraft

On or about March 25, 2014, in the Central Division of the District of Utah, and elsewhere,

HANS LOUDERMILK,

Defendant herein, being an individual on an aircraft in the special aircraft jurisdiction of the United States, namely Delta Airlines flight 2341 from Los Angeles Airport to Salt Lake International Airport, did knowingly engage in and cause sexual contact with another person,

to wit, the intentional touching directly or through the clothing of the inner thigh of another person who has attained the age of 12 years but has not attained the age of 16 years and is at least 4 years younger than the person so engaging, and attempted to do so, and with the intent to abuse, humiliate, harass, and degrade, and to arouse and gratify the sexual desire of a person, all in violation of 49 U.S.C. § 46506 and 18 U.S.C. § 2244(a)(3) of the United States Code.

## COUNT 2
## 49 U.S.C. § 46506
## 18 U.S.C. § 2244(a)(2)
### Sexual Abuse on Aircraft

On or about March 25, 2014, in the Central Division of the District of Utah, and elsewhere,

### HANS LOUDERMILK,

Defendant herein, being an individual on an aircraft in the special aircraft jurisdiction of the United States, namely Delta Airlines flight 2341 from Los Angeles Airport to Salt Lake International Airport, did knowingly engage in and cause sexual contact with another person, to wit, the intentional touching directly or through the clothing of the inner thigh of another person who was incapable of appraising the nature of the conduct, and attempted to do so, and with the intent to abuse, humiliate, harass, and degrade, and to arouse and gratify the sexual desire of a person, all in violation of 49 U.S.C. § 46506 and 18 U.S.C. § 2244(a)(3) of the United States Code.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

1. I, Daniel P Horan ("Your affiant"), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Salt Lake City Division, being duly sworn, depose and state as follows to wit:

2. Your affiant is employed as a Special Agent of the FBI and is currently assigned to the Salt Lake City Field Office. Since joining the FBI, I have investigated violations of federal law, and currently investigate federal crimes concerning violent crimes and crimes aboard aircrafts. I have investigated federal crimes related to crimes aboard aircrafts in the Salt Lake City Division of the FBI. I have gained experience through training in seminars, classes, and everyday work in conducting these types of investigations. Prior to my employment with the FBI, I was an airline pilot, making me familiar with Federal Aviation Regulations as well as crimes aboard aircrafts.

3. On March 24, 2014 HANS LOUDERMILK a 67 year old male, was a passenger aboard Delta Airlines flight 2341 from Los Angeles Airport to Salt Lake City International Airport. Once LOUDERMILK boarded the plane he stood in the aisle and asked the fifteen year old female passenger KD if she would move to the middle seat. She complied and the flight departed without incident. Once airborne a conversation began between LOUDERMILK and KD. This conversation started off just social, however turned sexual in nature.

4. About 25 min to landing LOUDERMILK explained to KD that he could teach her

3

things sexually that boys her age could not. LOUDERMILK continued to state that she should drive with him and that in the State of Utah he could marry her at her current age. During this conversation LOUDERMILK was moving in closer and started touching the chin of KD. This touching progressed to rubbing KD's leg and upper thigh. KD got extremely nervous and wanted this to end.

5. Once the plane landed, KD quickly got off and looked for the first person of authority. KD found a Transportation Security Administration (TSA) officer and began to tell him of the sexual assault of which she was just victim. When LOUDERMILK saw KD talking to the TSA, he entered a gift shop located near the Terminal 2 screening checkpoint. While in the gift shop LOUDERMILK removed his tan buttoned up style shirt that he was wearing on the plane, and replaced it with a black jacket as to possibly avoid detection by law enforcement.

DANIEL P. HORAN, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th day of ~~April~~ March, 2014.

PAUL M. WARNER
United States Magistrate Judge

4

APPROVED:
DAVID B. BARLOW
United States Attorney

_____
SCOTT B. ROMNEY
Assistant United States Attorney