FILED
U.S. DISTRICT COURT

2014 DEC 19  A 9: 26

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

CARLIE CHRISTENSEN, Acting United States Attorney (#663)
ALICIA H. COOK, Assistant United States Attorney (#8851)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3387
email: alicia.cook@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No.  2:14 CR 157 TC |
|---|---|
| Plaintiff, | MISDEMEANOR INFORMATION |
| vs. | |
| HANS LOUDERMILK, | VIO.    49 U.S.C. § 46506 [Crimes in Special Aircraft Jurisdiction of the United States] |
| Defendant. | 18 U.S.C. § 113(a)(5) [Simple Assault] |
| | Judge Tena Campbell |

The United States Attorney charges:

## **COUNT 1**

On or about March 25, 2014, in the Central Division of the District of Utah

and elsewhere,

HANS LOUDERMILK,

the Defendant herein, did, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), commit simple assault, to wit, the offensive touching without excuse of K.D., a person who had not attained the age of 16 years, all in violation of 49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(5).

DATED: Dec 19          , 2014.

CARLIE CHRISTENSEN
Acting United States Attorney

Alicia H Cook

ALICIA H. COOK
Assistant United States Attorney

2